THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS ALVAREZ, Appellant. [868 NYS2d 542]

Contrary to the defendant's contentions, the record demonstrates that his written and oral waivers of his right to appeal were intelligently, knowingly, and voluntarily made (*see People v Ramos,* 7 NY3d 737, 738 [2006]; *People v Luster,* 45 AD3d 866, 867 [2007]; *People v Silent,* 37 AD3d 625, 625 [2007]). Consequently, the defendant's valid waiver of his right to appeal forecloses appellate review of his challenges to the procedures employed by the sentencing court in its determination regarding restitution (*see People v Callahan,* 80 NY2d 273, 280-281 [1992]; *People v Chatmon,* 46 AD3d 833, 833-834 [2007]; *People v Caba,* 238 AD2d 603 [1997]).

The defendant's remaining contention is without merit. Mastro, J.P., Florio, Eng and Chambers, JJ., concur.